UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Audrey Moore,<br><br>                              Plaintiff,<br>     v.<br><br>FMS Investment Corp. ; and DOES 1-10, inclusive,<br><br>                              Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.:  2:12-cv-02939-BMS<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 24, 2012

                                               Respectfully submitted,

                                               PLAINTIFF, Audrey Moore

                                               /s/ Jody B. Burton

                                             Jody B. Burton, Esq.
                                             Bar No.: 71681
                                             **LEMBERG & ASSOCIATES L.L.C.**
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile:  (203) 653-3424
                                             jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By /s/ Jody B. Burton_____

                                            Jody B. Burton