IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AUDREY MOORE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **FMS INVESTMENT CORP,** *et al.* | : | **NO. 12-2939** |

### O R D E R

**AND NOW, TO WIT:**  This 14th day of September, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: _____
Jean M. Pennie
Deputy Clerk

Civ 2 (8/2000)
41(b).frm